UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

FERNANDO RODRIGUEZ,

    Plaintiff,

v.

TRANSPORTATION SERVICES UNLIMITED
INC., a Florida profit corporation,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, Transportation Services Unlimited Inc. ("Defendant"), by and through its undersigned counsel, and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby file this Notice of and Petition for Removal (the "Notice"). Defendant requests that the Court remove this action filed by Plaintiff, Fernando Rodriguez ("Plaintiff"), in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

1. On or about April 30, 2019, Plaintiff filed a four-count Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida styled *Fernando Rodriguez v. Transportation Services Unlimited Inc.* (the "Circuit Court case") alleging disability discrimination and retaliation under the Americans With Disabilities Act, 42 U.S. Code § 12101, *et seq.* ("ADA") and the Florida Civil Rights Act, Section 760.01, *et seq.*, Florida Statutes ("FCRA"). The Circuit Court case was assigned Case No. 2019-012966-CA (01).

Case No. _____

2. Because Count II of the Complaint alleges "Disability Discrimination in Violation of the ADA" and Count IV alleges "Retaliation in Violation of the ADA," this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331. Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

3. Plaintiff's disability discrimination and retaliation claims under the FCRA fall within the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367, as the allegations in support of those claims stem from the same set of facts, and form part of the same case or controversy, as Plaintiff's federal claims under the ADA.

4. Defendant was served with the Complaint on May 17, 2019. Thus, this Notice has been filed within thirty (30) days after Defendant received the pleading setting forth the claims for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b).

5. As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the Circuit Court case are attached to this Notice as Exhibit "1."

6. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide prompt written notice of the removal to Plaintiff and will file a copy of this Notice in the Circuit Court in and for Miami Dade County, Florida.

7. The United States District Court for the Southern District of Florida, Miami Division, includes the judicial county in which Plaintiff filed his Complaint. Thus, removal is proper to this Court.

WHEREFORE, Defendant, Transportation Services Unlimited, respectfully requests that the United States District Court for the Southern District of Florida accept the removal of this action from the Circuit Court in and for Miami Dade County, Florida and direct that the Circuit Court have no further jurisdiction of this matter unless and until this case is remanded.

Case No. _____

Dated: May 31, 2019

                        Respectfully submitted,

                        By: s/*Jennifer A. Schwartz*
                        Jennifer A. Schwartz, Esq.
                        Florida Bar No. 502431
                        E-mail:*jennifer.schwartz@jacksonlewis.com*
                        JACKSON LEWIS P.C.
                        One Biscayne Tower, Suite 3500
                        2 South Biscayne Boulevard
                        Miami, Florida 33131
                        Telephone:  305-577-7600
                        Facsimile:   305-373-4466
                        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being served on May 31, 2019, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

                        *s/Jennifer Schwartz*
                        Jennifer A. Schwartz, Esq.

## **SERVICE LIST**

| | |
|---|---|
| Rainier Regueiro, Esq. | Jennifer A. Schwartz, Esq. |
| Florida Bar No. 115578 | Florida Bar No.: 502431 |
| E-mail: *rregueiro@rgpattorneys.com* | E-mail: *Jennifer.schwartz@jacksonlewis.com* |
| Remer & Georges-Pierre, PLLC | JACKSON LEWIS P.C. |
| 319 Clematis Street, Suite 606 | One Biscayne Tower, Suite 3500 |
| West Palm Beach, FL  33401 | 2 South Biscayne Boulevard |
| Telephone: (561) 225-1970 | Miami, Florida 33131 |
| Facsimile (305) 416-5005 | Tel.:  (305) 577-7600 |
| *Counsel for Plaintiff* | Fax:  (305) 373-4466 |
| *Fernando Rodriguez* | *Counsel for Defendant* |
| | *Transportation Services Unlimited Inc.* |