UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-22239-CIV-O'SULLIVAN

[CONSENT]

FERNANDO RODRIGUEZ,

    Plaintiff,

v.

TRANSPORTATION SERVICES UNLIMITED, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on a status hearing held on July 31, 2019. Having reviewed the applicable filings and the law and for the reasons stated at the status hearing, it is

ORDERED AND ADJUDGED that this case is REMANDED to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The only claims alleged in the Amended Complaint (DE# 13, 6/18/19) are a disability discrimination claim and a retaliation claim under the Florida Civil Rights Act of 1992, Fla. Stat. Section 760.01, et seq. The Eleventh Circuit has "encouraged district courts to dismiss any remaining state claims when, as here, the federal claims have been dismissed prior to trial." Raney v. Allstate Ins. Co., 370 F.3d 1086, 1089 (11th Cir. 2004).

DONE AND ORDERED in Chambers at Miami, Florida this **1st** day of August, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE